IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DANIEL,<br>   Plaintiff<br><br>V.<br><br>UNIVERSAL ENSCO, INC.<br>   Defendant | §<br>§<br>§<br>§   CIVIL ACTION NO. _____<br>§<br>§<br>§ |

## INDEX OF MATTERS BEING FILED WITH
## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to Local Rule 81, Defendant submits and attaches to Defendant's Notice of Removal the following Index of Matters being filed with Defendant's Notice of Removal.

 Exhibit 1: Plaintiff's Original Petition.

 Exhibit 2: Defendant's Original Answer.

 Exhibit 3: A certified copy of State Court Docket Sheet.

 Exhibit 4: A list of counsel of record.

 Exhibit 5: Federal Court Civil Cover Sheet.

            Respectfully submitted,

            /s/ Charles H. Wilson
            Charles H. Wilson
            Texas Bar No. 00797678
            Federal Bar No. 34581
            Daniel J. Schuch
            Texas Bar No. 24151305
            Federal Bar No. 890703
            Epstein Becker Green Wickliff & Hall, P.C.
            Wells Fargo Plaza
            1000 Louisiana, Suite 5400
            Houston, Texas 77002-5013
            713.750.3100
            713.750.3101

            **ATTORNEYS FOR DEFENDANT**
            **UNIVERSAL ENSCO, INC.**

- 2 -

## CERTIFICATE OF SERVICE

  I do hereby certify that, on this the 30th day of December 2009, a true and correct copy of the **Index of Matters Filed with Defendant's Notice of Removal** was duly served upon the following counsel of record as follows:

Glenn W. Patterson, Jr.
11 Greenway Plaza, Suite 2820
Houston, Texas 77046
**Via (713) 961-0941 (Facsimile)**
&
**COURT'S CMF ELECTRONIC NOTIFICATION SYSTEM**

         /s/ Daniel J. Schuch
         Daniel J. Schuch